DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANELLE OBER,**
Appellant,

v.

**PROGRESSIVE SELECT INSURANCE COMPANY,** f/n/a **PROGRESSIVE AUTO PRO INSURANCE COMPANY,**
Appellee.

No. 4D17-2425

[March 1, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 09-003236 CACE (14).

Kenneth D. Cooper, Fort Lauderdale, for appellant.

Nancy A. Copperthwaite, Marcy Levine Aldrich, and Bryan T. West of Akerman LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***